UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Docket No.: 3:10CR79

| | |
|---|---|
| UNITED STATES OF AMERICA | MEMORANDUM and ORDER |
| VS. | |
| DOUGLAS OGLE | |

**THIS MATTER** is before the Court on the request of the U.S. Probation Office, Western District of North Carolina, in that the property seized while the above-noted defendant was under Supervised Release, namely, one (1) marijuana bong with marijuana residue, be ordered destroyed. The said property was seized on 12/19/09 from the defendant's residence.

**IT IS, THEREFORE ORDERED** that the U.S. Probation Office for the Western District of North Carolina is hereby authorized to destroy the above noted seized property.

9-1-10
Date

The Honorable Robert J. Conrad, Jr
Chief, United States District Court Judge